IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ODALIS LINETH ARROYO REA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MARKWAYNE MULLIN, in his official capacity as Director of U.S. Department of Homeland Security; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | **ORDER OF RELEASE AND ORDER SETTING BRIEFING SCHEDULE**<br><br>Case No. 2:26-cv-660<br><br>Judge Tena Campbell |

Plaintiff Odalis Lineth Arroyo Rea has filed a Motion for Temporary Restraining Order (TRO), in which she asks the court to direct Defendant U.S. Citizenship and Immigration Services (USCIS) to adjudicate her pending Form I-485 Application to Register Permanent Residence or Adjust Status, and to enjoin Defendant U.S. Immigration and Customs Enforcement (ICE) from removing her from the United States while this action is pending. (See Compl., ECF No. 1; Mot. TRO, ECF No. 2.)

On July 8, 2026, Ms. Arroyo Rea appeared for an interview with USCIS for consideration of two petitions: an I-130 petition for alien relative, and an I-485 petition to adjust status. The petitions were originally filed one year ago, on July 18, 2025. At the conclusion of that interview, ICE agents detained Ms. Arroyo Rea. USCIS has subsequently approved the

I-130 petition but has yet to decide the I-485 petition. Ms. Arroyo Rea is currently being held at an immigration facility in Uinta County, Wyoming.

The court held a status conference on July 17, 2026. (ECF No. 11.) At the conference, Defendants' counsel recognized that there was no evidence in the record suggesting that Ms. Arroyo Rea was a flight risk or a danger to the community. Ms. Arroyo Rea does not have a criminal record, is married to a U.S. citizen, and is the mother of an 18-month-old child, who is also a U.S. citizen.

Given these facts, Defendants' counsel agreed that home detention was sufficient and that, accordingly, Ms. Arroyo Rea should be released from the detention facility and placed on an ankle monitor so that she may remain at home with her child while the court considers the merits of the TRO motion. In addition, Defendants' counsel did not object to an extension of the court's prohibition against removing Ms. Arroyo Rea from the United States while the TRO motion remains pending. Finally, the court set a briefing schedule for expedited consideration of that motion.

## ORDER

To provide a fair opportunity for the undersigned judge to review the merits of the Plaintiff's Motion for Temporary Restraining Order, and with the Defendants' agreement, the court ORDERS as follows:

1.      The Defendants shall not remove Ms. Arroyo Rea from the jurisdiction of the United States while the Motion for Temporary Restraining Order remains pending without first seeking permission from this court.

2.      The Defendants shall file a response to the motion within two weeks from the date of this order, by July 31, 2026.

3

3.     The Plaintiff shall file any reply in support of the motion within a week after receiving the Defendants' response.

4.     Plaintiff Odalis Lineth Arroyo Rea shall be released from ICE custody as soon as practicable and placed on an ankle monitor pending the court's consideration of the motion. The court directs the Defendants to use their best efforts to release Ms. Arroyo Rea this afternoon but will allow the Defendants until the end of the day on Monday, July 20, 2026, to make the necessary arrangements to comply with the court's order.

5.     The Clerk of Court is directed to serve a copy of the Complaint and this Order, via email, on the United States Attorney for the District of Utah and the civil duty attorneys for the United States Attorney's Office in this District: Todd Bouton (todd.bouton@usdoj.gov) and Adam Elggren (adam.elggren@usdoj.gov).

DATED this 17th day of July, 2026.

BY THE COURT:

Tena Campbell
United States District Judge

United States District Court
for the
District of Utah
July 17, 2026

******MAILING CERTIFICATE OF THE CLERK******

RE:   Arroyo Rea v. US Immigration and Customs Enforcement
      2:26cv00660 TC


Melissa Holyoak
US ATTORNEY'S OFFICE
via email

Todd Bouton
US ATTORNEY'S OFFICE
via email

Adam Elggren
US ATTORNEY'S OFFICE
via email


_____

/s/Aimee T.