IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ODALIS LINETH ARROYO REA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MARKWAYNE MULLIN, in his official capacity as Director of U.S. Department of Homeland Security; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | **ORDER GRANTING MOTION TO STAY**<br><br>Case No. 2:26-cv-660<br><br>Judge Tena Campbell |

Based on the Motion to Stay filed by the Defendants (ECF No. 14), with the consent of the Plaintiff, and for good cause appearing, the court hereby makes the following findings of fact and conclusions of law:

1.    The court set a briefing schedule on July 17, 2026, instructing the parties to brief the Plaintiff's Motion for Temporary Restraining Order (ECF No. 2). (See Order, ECF No. 11.)

2.    The Plaintiff's application for adjustment of immigration status (Form I-485) has since been denied by immigration authorities.

3.    The Plaintiff's removal proceedings have been reopened and her removal order, dated May 2025, has been rescinded.

4.    According to the Plaintiff's counsel, the Plaintiff intends to appeal the denial of

1

her I-485 and is also seeking to have local immigration authorities reconsider that denial in light of the withdrawal of the removal order.

## ORDER

Given the changed landscape of the Plaintiff's immigration status and proceedings, the court ORDERS as follows:

1.      The Defendants' Motion to Stay is GRANTED.  (ECF No. 14.)  All proceedings in the instant case are hereby STAYED until resolution of the Plaintiff's appeal of the denial of her I-485 application, or until that denial is redetermined by local authorities.

2.      Due to the factual developments in the case, the Plaintiff's Motion for Temporary Restraining Order (ECF No. 2) is DENIED WITHOUT PREJUDICE.  The Plaintiff is granted leave to file a renewed motion, if necessary, if circumstances change.

3.      The parties will inform the court of any important developments.  Within 14 days after the resolution of the I-485 matter, the parties must file a status report with the court stating how they plan to proceed and they wish the court to set a status conference.

4.      The parties are ordered to file a status report by November 2, 2026, if the Plaintiff's appeal has not been resolved by that time.

5.      The Defendants shall not remove Odalis Lineth Arroyo Rea from the jurisdiction of the United States while these proceedings remain stayed without first seeking permission from this court.

DATED this 29th day of July, 2026.

BY THE COURT:

Tena Campbell
_____
Tena Campbell
United States District Judge

2

3